IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 21-mj-7074-MAB |
| vs. | ) Title 18 United States Code Section 922(g)(1) |
| VINCENTE L. JACKSON, | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Edward Leppert, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### FELON IN POSSESSION OF A FIREARM

On or about May 11, 2021, in St. Clair County, within the Southern District of Illinois,

**VINCENTE L. JACKSON,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Armed Robbery, on or about January 3, 2019, in St. Clair County Illinois Circuit Court Case No. 18-CF-0551, did knowingly possess a firearm, to wit: a DMPS Panther Arms, Model A-15, .223 caliber rifle, Bearing Serial Number FFA012272, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since June 2020. Your affiant was previously employed by the Lake St. Louis Police

Department located in Lake St. Louis, Missouri for almost 8 years. During that time, your affiant was detached to Drug Enforcement Administration (DEA) from September 2019 to June 2020, as a Task Force Officer (TFO). Prior to that, your affiant was detached to the St. Charles County Regional Drug Task Force from March 2018 to June 2020, as a narcotics detective. Your affiant was a patrolmen at the Lake St. Louis Police Department from August 2012 to March 2018. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who knowingly has been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On May 11, 2021, an Officer of the East St. Louis, IL Police Department responded to the area of 725 N 52nd Street, East St. Louis, for a subject with a weapon. Upon arrival, the Officer learned from a witness that an individual located near a white Chrysler 300, later identified as VINCENTE L. JACKSON, pointed a firearm at a minor. The Officer conducted a canvas of the area around the white Chrysler 300 and located a black DPMS Panther Arms, Model: A-15, (.223 caliber) bearing a serial number of FFA012272. The rifle was observed in plain view on the rear passenger seat of white in color Chrysler 300, which JACKSON and others were standing near.

2. On May 13, 2021, Illinois State Trooper Evan Davis conducted an audio/video recorded interview with JACKSON at the East St. Louis Police Department. JACKSON was advised of his Miranda rights and agreed to give a statement. During the interview, JACKSON admitted to possessing the above listed DPMS rifle on May 11, 2021. JACKSON also admitted to bringing the rifle from his residence to the area where it was recovered by the East St. Louis Police Department. JACKSON further confirmed that he

was a convicted felon.

3. JACKSON was knowingly convicted of a felony punishable by imprisonment for a term exceeding one year, being Armed Robbery, on or about January 3, 2019, in St. Clair County Illinois Circuit Court Case No. 18-CF-0551.

4. The firearms and ammunition were collected as evidence. JACKSON'S firearm, DPMS Panther Arms, Model: A-15, (.223 caliber) bearing a serial number of FFA012272, was not manufactured in the state of Illinois, and therefore travelled in or affected interstate commerce prior to JACKSON's possession of the firearm.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Edward Leppert
Special Agent, Bureau of Alcohol,
Tobacco, Firearms and Explosives

STEVEN D. WEINHOEFT
United States Attorney

Alexandria M. Burns
Assistant United States Attorney

State of Illinois      )
                       )  SS.
County of St. Clair    )

Sworn to before me and subscribed in my presence on the 13th day of May 2021, in East Saint Louis, Illinois, within the Southern District of Illinois.

Mark A. Beatty
United States Magistrate Judge